UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MORAN D. MCCULLOUGH,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   **JUDGMENT**
                                    )
                                    )   No. 5:16-CV-692-FL
                                    )
NANCY A. BERRYHILL,                 )
Acting Commissioner of Social Security, )
                                    )
        Defendant.                  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. This matter is dismissed.

**This Judgment Filed and Entered on August 15, 2017, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


August 15, 2017                     PETER A. MOORE, JR., CLERK
                                     /s/ Susan W. Tripp
                                    (By) Susan W. Tripp, Deputy Clerk